## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| EUGENE TYREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   4:05CV1867-SNL |
| | ) |
| CITY OF NORTH LITTLE ROCK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

As the parties have resolved all of the issues in this case,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice and all pending motions are moot. The parties shall pay their costs in accordance with their agreement.

Dated this 26th day of June, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE